LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada  89113
Telephone:    (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
*LAS VEGAS METROPOLITAN*
*POLICE DEPARTMENT and*
*SHERIFF DOUGLAS GILLESPIE*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>  Plaintiff,<br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; DOE OFFICER I, individually; DOE OFFICER II, individually; DOES OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>  Defendants. | Case No. 2:15-cv-00337-GMN-PAL<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and SHERIFF DOUG GILLESPIE (collectively, "Defendants"), by and through their attorneys, Kaempfer Crowell, and HARVESTER HARRIS ("Plaintiff"), by and through his counsel, Cal J. Potter, III, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or

1630304_1.docx  6943.80

Page 1 of 2

Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint ("Complaint").

The instant extension is requested as Defendants' Counsel requires a few additional days to complete the response to Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including May 14, 2015, for the Defendants to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 28th day of April, 2015.

| KAEMPFER CROWELL | POTTER LAW OFFICES |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN DANIELS<br>Nevada Bar No. 13094<br>8345 West Sunset Road, Suite 250<br>Las Vegas, Nevada 89113<br>**Attorneys for Defendants**<br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT and<br>SHERIFF DOUGLAS GILLESPIE | By: /s/ C.J. Potter, IV<br>C.J. Potter, IV, Esq.<br>1125 Shadow Lane<br>Las Vegas, NV 89102<br>**Attorney for Plaintiff** |

## ORDER

**IT IS SO ORDERED** this 29th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court