CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C.J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081

JAY A. KENYON, ESQ.
Nevada Bar No. 6376
YAN KENYON
7881 West Charleston Boulevard #165
Las Vegas, Nevada 89117
Tel: (702) 888-0000
Fax: (702) 888-0011
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; DOE OFFICER I, individually; DOE OFFICER II, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:15-cv-00337-GMN-PAL |

### STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

**(First Request)**

Pursuant to LR 6-1 and LR 26-4, Plaintiff, HARVESTER HARRIS, by and through his counsel of record, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW

OFFICES, and Defendants CITY OF HENDERSON and CHIEF PATRICK MOERS, by and through their counsel of record, NANCY D. SAVAGE, ASSISTANT CITY ATTORNEY of the CITY OF HENDERSON, hereby stipulate and make a joint application to extend the Plaintiff's Response to Motion to Dismiss in this matter.

1. Defendants filed a Motion to Dismiss [doc. 12] on May 4, 2015;
2. The current deadline to file a Response is May 21, 2015;
3. The Plaintiff seeks an eleven (11) day extension to file the Response up to and including Monday, June 1, 2015, which is the deadline for Plaintiff to file to Response to LVMPD's Motion to Dismiss [doc. 13];
4. The parties submit that good cause exists for this extension as Plaintiff's counsel has had approximately three (3) appellate briefs due since the filing of Defendants' Motion and has been unable to complete the Response;
5. This is the first request for enlargement of time and is made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 21st day of May, 2015.    DATED this 21st day of May, 2015.

POTTER LAW OFFICES    CITY OF HENDERSON

By   /s/ Cal J. Potter, III, Esq.    By   /s/ Nancy D. Savage, Esq.
CAL J. POTTER, III, ESQ.    NANCY D. SAVAGE, ESQ.
Nevada Bar No. 1988    Nevada Bar No. 392
C. J. POTTER, IV, ESQ.    240 Water Street
Nevada Bar No. 13225    Las Vegas, Nevada 89101
1125 Shadow Lane    *Attorney for Defendants City of Henderson*
Las Vegas, Nevada 89102    *and Chief Moers*
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 05/27/2015**