**JOSH M. REID**
City Attorney
Nevada Bar No. 7497
**NANCY D. SAVAGE**
Assistant City Attorney
Nevada Bar No. 392
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
nancy.savage@cityofhenderson.com

Attorneys for Defendants
CITY OF HENDERSON and
CHIEF PATRICK MOERS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; DOE OFFICER I, individually; DOE OFFICER II, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:　2:15-CV-00337-GMN-PAL |

**STIPULATON AND ORDER TO EXTEND TIME TO FILE DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**
**(First Request)**

Pursuant to Local Rule 6-1, Plaintiff, HARVESTER HARRIS, by and through his attorney Cal J. Potter, III, Esq., of the POTTER LAW OFFICES, and Defendants CITY OF

1

HENDERSON and PATRICK MOERS ("HENDERSON Defendants"), by and through their attorneys Josh M. Reid, City Attorney and Nancy D. Savage, Assistant City Attorney for the CITY OF HENDERSON, hereby stipulate and make a joint application to extend the time to file the HENDERSON Defendants' Reply in support of their Motion to Dismiss in this matter.

1. HENDERSON Defendants filed their Motion to Dismiss (Doc. 12) on May 4, 2015;
2. Plaintiffs filed their Opposition (Doc. 17) on June 1, 2015;
3. The Defendants are seeking a twelve (12) day extension to file the Reply, up to and including Tuesday, June 23, 2015;
4. The parties submit that good cause exists for this extension as HENDERSON Defendants' counsel was out of state the week of June 1, 2015 and returned to the office on June 8, 2015 to numerous matters which had previously been scheduled.  As a result there is insufficient time for the HENDERSON Defendants' counsel to prepare a complete and adequate Reply to the Plaintiff's Opposition;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5. This is the first request for enlargement of time for the HENDERSON Defendants to file their Reply, which is being made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

DATED this 8th day of June, 2015.

| POTTER LAW OFFICES | CITY OF HENDERSON |
|---|---|
| | JOSH M. REID, City Attorney |
| /s/ *Cal J. Potter* | /s/ *Nancy D. Savage* |
| CAL J. POTTER, III, ESQ. | JOSH M. REID, ESQ. |
| Nevada Bar No. 1988 | City Attorney |
| 1125 Shadow Lane | Nevada Bar No. 7497 |
| Las Vegas, Nevada 89102 | NANCY D. SAVAGE, ESQ. |
| Attorney for Plaintiff | Assistant City Attorney |
| | Nevada Bar No. 392 |
| | 240 Water Street, MSC 144 |
| | Henderson, Nevada 89009 |
| | Attorney for Defendants |

**ORDER**

IT IS SO ORDERED this  9th  day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court