CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081

JAY A. KENYON, ESQ.
Nevada Bar No. 6376
YAN KENYON
7881 West Charleston Boulevard #165
Las Vegas, Nevada 89117
Tel: (702) 888-0000
Fax: (702) 888-0011
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HARVESTER HARRIS,

    Plaintiff,

vs.

CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; DOE OFFICER I, individually; DOE OFFICER II, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,

    Defendants.
_____/

Case No. 2:15-cv-00337-GMN-PAL

**STIPULATION AND ORDER TO AMEND COMPLAINT**

    COMES NOW, the Plaintiff, HARVESTER HARRIS, by and through his counsel, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW OFFICES and JAY A. KENYON, ESQ. of YAN KENYON; Defendants, CITY OF HENDERSON and CHIEF PATRICK MOERS (hereinafter "Henderson Defendants"), by and through their counsel, NANCY D. SAVAGE, ASSISTANT CITY ATTORNEY of the CITY OF HENDERSON; and Defendants LAS

VEGAS METROPOLITAN POLICE DEPARTMENT and SHERIFF DOUG GILLESPIE (hereinafter "LVMPD Defendants"), by and through their counsel, LYSSA S. ANDERSON, ESQ. and RYAN W. DANIELS, ESQ. of KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO, hereby stipulate to amend the complaint.

Plaintiff seeks to amend the complaint to:

1. Identify Doe Officer I as Las Vegas Metropolitan Police OFFICER SCOTT NIELSON, P#4408; and

2. Identify Doe Officer II as Henderson Police Department DETECTIVE PURDUE.

APPROVED AS TO FORM AND CONTENT.

DATED this 14th day of July, 2015.

POTTER LAW OFFICES

By   /s/ C. J. Potter, IV, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102

JAY A. KENYON, ESQ.
Nevada Bar No. 6376
YAN KENYON
7881 West Charleston Boulevard #165
Las Vegas, Nevada 89117
Tel: (702) 888-0000
Fax: (702) 888-0011
*Attorneys for Plaintiff*

DATED this 31st day of July, 2015.

CITY OF HENDERSON

By   /s/ Nancy D. Savage, Esq.
JOSH M. REID, City Attorney
Nevada Bar No. 7497
NANCY D. SAVAGE, Asst. City Attorney
Nevada Bar No. 392
240 Water Street
Las Vegas, Nevada 89101
*Attorney for Henderson Defendants*

DATED this 21st day of July, 2015.

KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO

By   /s/ Lyssa S. Anderson, Esq.
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
*Attorneys for LVMPD Defendants*

### ORDER

**IT IS SO ORDERED.** Plaintiffs' counsel shall file the Amended Complaint.

**IT IS FURTHER ORDERED** that the MOTION to Dismiss (ECF No. 12), filed by Defendants City of Henderson and Patrick Moers, is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the MOTION to Dismiss (ECF No. 13), filed by Defendants Doug Gillespie and Las Vegas Metropolitan Police Department, is **DENIED without prejudice**.

**DATED** this 31st day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court