CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081

JAY A. KENYON, ESQ.
Nevada Bar No. 6376
YAN KENYON
7881 West Charleston Boulevard #165
Las Vegas, Nevada 89117
Tel: (702) 888-0000
Fax: (702) 888-0011
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; OFFICER SCOTT NIELSON, P#4408, individually; DETECTIVE PURDUE, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:15-cv-00337-GMN-PAL |

**PLAINTIFF'S RESPONSE TO AND ACKNOWLEDGMENT OF COURT ORDER**

COMES NOW, Plaintiff, HARVESTER HARRIS, by and through his attorneys of record, CAL J. POTTER, III, ESQ. and C. J. POTTER, IV, ESQ. of POTTER LAW OFFICES, and JAY KENYON, ESQ. of YAN KENYON hereby acknowledge the Court's Order [ECF 44].

. . .

. . .

1 | The Plaintiff chooses not to amend and seeks to proceed in accordance with the Order.

2 | DATED this 8th day of December, 2015.

POTTER LAW OFFICES
YAN KENYON

By: /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada   89102

JAY A. KENYON, ESQ.
Nevada Bar No. 006376
YAN KENYON
7881 West Charleston Boulevard #165
 Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of POTTER LAW OFFICES, and that, on the 8th day of December, 2015, I filed and served through the CM/ECF electronic filing service a true and correct copy of the foregoing **PLAINTIFF'S RESPONSE TO AND ACKNOWLEDGMENT OF COURT ORDER** as follows:

> Nancy Savage, Esq.
> CITY OF HENDERSON
> 240 Water Street
> Henderson, NV 89015
> Ph:  (702) 267-1200
> Fax: (702) 267-1201
> *Attorney for Henderson Defendants*
>
> Lyssa S. Anderson, Esq.
> KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO
> 1980 Festival Plaza Drive, Suite 650
> Las Vegas, NV 89135
> Tel:  (702) 792-7000
> Fax:  (702) 796-7181
> *Attorney for LVMPD Defendants*

                /s/ Jenna Enrico
               An Employee of Potter Law Offices