UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARVESTER HARRIS,<br><br>　　　　　　　　Plaintiff,<br>v.<br>CITY OF HENDERSON, et al.<br><br>　　　　　　　　Defendants. | Case No. 2:15-cv-00337-GMN-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 89) |

Before the court is counsel for plaintiff Potter Law Offices' Motion to Withdraw as Counsel (ECF No. 89). The motion represents that plaintiff's counsel recently had major surgery, and is temporarily and physically unable to practice law, and cannot continue representation in this matter. There are only two attorneys in the law firm, and his associate and son is unable to continue representing the plaintiff. As such, the firm seeks leave to withdraw as counsel of record. Currently, there is a fully briefed Motion to Dismiss (ECF No. 85) pending before the district judge.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. The Motion to Withdraw (ECF No. 89) is **GRANTED**.
2. Plaintiff shall have until **October 25, 2017**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.

/ / /

/ / /

/ / /

1

3. The clerk of the court shall serve plaintiff with a copy of this order at his last known address:

>Harvester Harris
>3380 Brussels Street
>Las Vegas, NV  89169

DATED this 25th day of September, 2017.

                                             _____
                                             PEGGY A. LEEN
                                             UNITED STATES MAGISTRATE JUDGE