UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARVESTER HARRIS,<br><br>                    Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.<br><br>                    Defendant. | Case No. 2:15-cv-00337-GMN-PAL<br><br>ORDER<br><br>(Mot Ext Time – ECF No. 95)<br>(Mot for SC – ECF No. 96) |

Before the court is Plaintiff's Request for Extension of Time to Secure Counsel Pursuant to Order (90) and Motion for Settlement Conference (ECF Nos. 95, 96). The court has considered the motions and defendants' Response to the Motion for Settlement Conference (ECF No. 100).

The court granted attorney Cal Potter's motion to withdraw and gave plaintiff additional time to seek substitute counsel. Attorney Jay Kenyon remains counsel of record for Mr. Harris, but is seeking counsel with experience in Section 1983 litigation to assist with the trial. He requests additional time to finalize association with another firm. In addition, he requests that the court enter an order directing the parties to participate in good faith in a settlement conference before the time and expense of trial preparation is incurred.

Defendants filed a response to the motion for settlement conference indicating they have no opposition to a settlement conference after dispositive motions are decided. However, they have a pending request that district judge reconsider her order denying their motions for summary judgment (ECF No. 93) as moot. Defendants indicate that if the district judge reconsiders her order, and considers the motions for summary judgment on the merits, the decision will have a substantial impact on negotiating a settlement. The response took no position with respect to the request for additional time to retain Section 1983 counsel.

Mr. Kenyon does not indicate how long he anticipates it will take to associate a firm with Section 1983 experience. No trial date has been set, and will not be set until the joint pretrial order is filed. The district judge has directed that the joint pretrial order be filed by December 4, 2017. Defendants have requested reconsideration of the district judge's denial of motions for summary judgment as moot. Defendants also request that the district judge reconsider her order requiring the parties to file the joint pretrial order. Plaintiff's response to the motion to reconsider agrees that the issues have been briefed by the parties and may be ruled upon by the court. The court will grant plaintiff's request for additional time to find additional counsel with Section 1983 litigation experience. However, as defendants indicate resolution of the pending motions is needed to realistically assess settlement the court will deny the motion for a settlement conference at this time. The district judge ordinarily automatically refers cases to the undersigned for a settlement conference, either after briefing of dispositive motions or after decision of dispositive motions.

**IT IS ORDERED** that:

1. Plaintiff's Request for an Extension of Time (ECF No. 95) is **GRANTED**, and plaintiff shall have until **December 22, 2017**, to attempt to secure Section 1983 litigation counsel.

2. Plaintiff's Motion for a Settlement Conference (ECF No. 96) is **DENIED** without prejudice.

DATED this 14th day of November, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE