LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE and OFFICER SCOTT NIELSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; OFFICER SCOTT NIELSON, P#4408, individually; DETECTIVE PERDUE, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-00337-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PRE-TRIAL ORDER PURSUANT TO ECF NO. 102**<br><br>**(First Request)** |

    The above-referenced parties, by and through their counsel of record, hereby request that the current deadline for the parties to submit a Joint Pre-Trial Order, January 16, 2018, pursuant

to ECF No. 102, be extended and/or stay pending a ruling on Defendants' pending Motion for Reconsideration. [ECF No. 103].

**1.    PROCEDURAL HISTORY.**

    **A.    The Motions to Dismiss.**

Plaintiff filed his original Complaint in this action on February 15, 2015, naming the City of Henderson, Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Doug Gillespie and Chief Patrick Moers. [ECF No. 1]. The City of Henderson and Chief Moers filed a Motion to Dismiss. [ECF No. 12]. Similarly, LVMPD and Sheriff Gillespie also filed a Motion to Dismiss. [ECF No. 13]. In responding to the Motions to Dismiss, Plaintiff sought leave to amend his Complaint. As such, the Court denied the Motions to Dismiss and granted Plaintiff leave to amend his Complaint. [ECF No. 26].

The First Amended Complaint ("FAC") was filed and also named Officer Scott Nielson and Detective Purdue. [ECF No. 28]. LVMPD and Sheriff Gillespie again filed a Motion to Dismiss the FAC. [ECF No. 31]. The City of Henderson, Chief Moers and Detective Purdue also filed a Motion to Dismiss. [ECF No. 39]. Officer Nielson filed an Answer. [ECF No. 37]. This Court granted LVMPD and Sheriff's Gillespie's Motion to Dismiss, in part. [ECF No. 44]. All claims against Sheriff Gillespie were dismissed and certain claims against LVMPD were dismissed. The Court then granted City of Henderson, Chief Moers and Detective Purdue's Motion to Dismiss and gave Plaintiff leave to file a Second Amended Complaint ("SAC"). [ECF No. 50].

Plaintiff filed the SAC on July 5, 2016. [ECF No. 53]. LVMPD and Sheriff Gillespie again filed a Motion to Dismiss the SAC; or portions thereof. [ECF No. 55]. LVMPD and Officer Nielson also filed an Answer. [ECF No. 54]. Likewise, again, the City of Henderson, Chief Moers and Detective Purdue filed a Motion to Dismiss. [ECF No. 56].

    **B.    Discovery.**

The initial Scheduling Order was entered in this matter on June 24, 2015. [ECF No. 23]. The parties engaged in and conducted extensive discovery – all during the pendency of the various Motions to Dismiss. They exchanged written discovery, provided numerous Rule 26 Disclosures, served multiple

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 250
Las Vegas, Nevada 89113

third-party subpoenas and took several depositions. The parties sought an extension of the discovery deadlines on four (4) different occasions, ECF Nos. 32, 42, 47 and 51. The final Scheduling Order, ECF No. 52, provided a close of discovery deadline of October 3, 2016 and a dispositive motion deadline of November 2, 2016.

### C. After Discovery Closed.

At the close of discovery, as the dispositive motion deadline was approaching, the Court had not yet ruled on the pending Motions to Dismiss, ECF Nos. 55 and 56. The parties sought a thirty (30) day extension of the dispositive motion deadline and presented in their Stipulation that the Motions were fully briefed and pending. [ECF No. 64]. On December 1, 2016, the City of Henderson, Chief Moers and Detective Purdue filed their Motion for Summary Judgment. [ECF No. 66]. Likewise, on December 2, 2016, LVMPD and Officer Nielson each also filed Motions for Summary Judgment. [ECF Nos. 67 and 68]. On January 23, 2017, Plaintiff filed oppositions to the Motions for Summary Judgment. [ECF Nos. 74 and 75].

Four (4) days later, the Court entered its order on the pending Motions to Dismiss the SAC. [ECF No. 78]. The Court granted the Motion to Dismiss against City of Henderson, Chief Moers and Detective Purdue in its entirety and granted the Motion to Dismiss Sheriff Gillespie and the state law claims against LVMPD. The Court gave Plaintiff leave to file a Third Amended Complaint ("TAC") to reassert his claims against Detective Perdue.

On February 17, 2017, Plaintiff filed his TAC, only naming LVMPD, Officer Nielson, City of Henderson and Detective Purdue. [ECF No. 82]. LVMPD and Officer Nielson filed an Answer to the TAC, [ECF No. 84], and City of Henderson and Detective Purdue filed a Motion to Dismiss, [ECF No. 85]. At this time, the dispositive motions filed by City of Henderson, LVMPD and Officer Nielson were fully briefed and pending.

On April 5, 2017, the Court issued a Minute Order granting City of Henderson and Detective Purdue's Motion to Dismiss and denying all pending Motions for Summary Judgment, [ECF Nos. 66, 67 ad 68], as moot. LVMPD and Officer Neilson's Motions for Summary Judgment were never decided by

the Court. As the Court is aware, shortly thereafter, Plaintiff's then Counsel, Cal Potter became extremely ill and filed a Motion to Withdraw which was granted. [ECF Nos. 89 and 90].

On October 10, 2017 the Court issued a formal written Order granting City of Henderson and Detective Purdue's Motion to Dismiss. [ECF No. 92]. The Order then directed LVMPD and Officer Nielson to file a Joint Pre-Trial Order by December 4, 2017. LVMPD and Officer Nielson filed a Motion for Reconsideration; asking the Court to reconsider the requirement that the parties file a Joint Pre-Trial Order and allow the parties to file their dispositive motions and the Court to decide them. [ECF No. 93]. Plaintiff filed a Motion for Settlement Conference and a request for additional time to secure Counsel[1]. [ECF No. 95]. Plaintiff filed a response to the Motion for Reconsideration, agreeing that the dispositive motions could be ruled on by the Court. [ECF No. 98].

On November 15, 2017 Judge Leen granted Plaintiff additional time to retain Counsel, until December 22, 2017; but denied Plaintiff's request for a settlement conference; acknowledging LVMPD and Officer Nielson's pending Motion for Reconsideration. [ECF No. 101]. On December 6, 2017, Judge Navarro issued a Minute Order re-setting the deadline for the parties to submit a Pre-Trial Order to January 16, 2018. [ECF No. 102]. The Minute Order, however, did not acknowledge the pending Motion for Reconsideration. In an abundance of caution, LVMPD and Officer Nielson again filed a Motion for Reconsideration; requesting the Court reconsider the previously fully briefed dispositive motions. [ECF No. 103]. Plaintiff filed a response, [ECF No. 104], and the Motion is fully briefed and pending.

**2.     ACTION REQUIRED TO BE TAKEN BY THE COURT:**

The parties' instant request is that the current deadline for the parties to submit a Joint Pre-Trial Order of January 16, 2018 be extended and/or vacated at this time. The parties ask that the Court rule on the pending Motion for Reconsideration [ECF No. 103], before requiring the parties submit a Joint Pre-Trial Order. Moreover, Plaintiff still has not located or associated an experienced § 1983 attorney.

///

---

[1] Although Plaintiff is also represented by attorney Jay Kenyon, in Plaintiff's request, Mr. Kenyon represents to the Court that he is not an experienced § 1983 attorney and he is attempting to locate an attorney with said experience to represent Plaintiff.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 250
Las Vegas, Nevada 89113

As such, the parties request the instant deadline be stayed/vacated in the best interests of the parties and this Court.

DATED this 16th day of January, 2018.

| KAEMPFER CROWELL | YAN KENSON |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: /s/ Jay A. Kenyon<br>Jay A. Kenyon, Esq.<br>Nevada Bar No. 6376<br>7881 West Charleston Blvd., #165<br>Las Vegas, NV 89117<br>**Attorney for Plaintiff** |

## ORDER

**IT IS HEREBY ORDERED** that the remaining Defendants' Objections, (ECF No. 93), and Motion for Reconsideration, (ECF No. 103), are **GRANTED**. The parties are given leave to refile their summary judgment motions a week after the issuance of this Order.

**IT IS FURTHER ORDERED** that the parties' stipulation, (ECF No. 106), is **GRANTED**. The parties shall file their joint pretrial order two weeks after the issuance of this Order.

DATED this 19 day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT JUDGE