LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE and OFFICER SCOTT NIELSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; OFFICER SCOTT NIELSON, P#4408, individually; DETECTIVE PERDUE, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-00337-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the deadline for Defendants, and each of them, to file their respective Reply(s) in Support of Motions for Summary Judgment, [Docket Nos. 108 and 109] currently set for

February 28, 2018, for an additional seven (7) days, until March 7, 2018. This is the first requested extension between the parties. The extension is being requested as Defendants' Counsel requires additional time to prepare the replies.

The requested extension is timely pursuant to LR 26-4. The extension will not prejudice any party and will allow Defendants to adequately brief their replies in support of the Motions for Summary Judgment filed with this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 29th day of February, 2018.

| KAEMPFER CROWELL | YAN KENYON |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: /s/ Jay A. Kenyon<br>Jay A. Kenyon, Esq.<br>Nevada Bar No. 6376<br>7881 West Charleston Blvd., #165<br>Las Vegas, NV 89117<br>**Attorney for Plaintiff** |

**IT IS SO ORDERED.**

DATED this ___5___ day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT JUDGE