| | |
|---|---|
| 1 | LYSSA S. ANDERSON |
| | Nevada Bar No. 5781 |
| 2 | RYAN W. DANIELS |
| | Nevada Bar No. 13094 |
| 3 | KAEMPFER CROWELL |
| | 1980 Festival Plaza Drive, Suite 650 |
| 4 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-7000 |
| 5 | Fax: (702) 796-7181 |
| | landerson@kcnvlaw.com |
| 6 | rdaniels@kcnvlaw.com |

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE and OFFICER SCOTT NIELSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS, | Case No. 2:15-cv-00337-GMN-PAL |
| Plaintiff, | |
| vs. | |
| CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; OFFICER SCOTT NIELSON, P#4408, individually; DETECTIVE PERDUE, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive, | **STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |
| Defendants. | |

The above-referenced parties, by and through their counsel of record, hereby request, agree and stipulate to re-schedule the Settlement Conference currently set in this matter for May 18, 2018 at 9:30 a.m. [ECF No. 117] The parties are requesting that the Settlement

1  Conference be re-scheduled as Defendants have a conflict with the current date and time. As
2  such, the parties ask that the Settlement Conference be re-scheduled to another date and time that
3  is convenient for the Court after May 20, 2018.

DATED this 20th day of April, 2018.

KAEMPFER CROWELL                                    YAN KENYON

By: /s/ Lyssa S. Anderson                           By:   /s/ Jay A. Kenyon
   LYSSA S. ANDERSON                                    Jay A. Kenyon, Esq.
   Nevada Bar No. 5781                                  Nevada Bar No. 6376
   1980 Festival Plaza Drive, #650                      7881 West Charleston Blvd., #165
   Las Vegas, Nevada 89135                              Las Vegas, NV 89117
   **Attorneys for Defendants**                         **Attorney for Plaintiff**

**IT IS SO ORDERED that the current Settlement Conference in this matter set for May 18, 2018 at 9:30 a.m. be re-scheduled to June 14, 2018, at 1:30 p.m. Confidential settlement statements shall be due no later than 4:00 p.m. June 7, 2018. All other instructions within the original Order Setting Settlement Conference (ECF No. 117) shall remain in effect.**

DATED this 24th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE