LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE and OFFICER SCOTT NIELSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>　　　　Plaintiff,<br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; OFFICER SCOTT NIELSON, P#4408, individually; DETECTIVE PERDUE, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-00337-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PRE-TRIAL ORDER PURSUANT TO ECF NO. 121**<br><br>**(Second Request)** |

　　　The above-referenced parties, by and through their counsel of record, hereby request that the current deadline for the parties to submit a Joint Pre-Trial Order (October 19, 2018) pursuant

to ECF No. 121, be extended two weeks while the parties continue to discuss possible resolution of the case and finalize a proposed joint pretrial order.

### 1. BACKGROUND.

On September 19, 2018, this Court granted in part and denied in part Defendants' motion for summary judgment. (ECF No. 121). In that order, the Court also ordered the parties to submit a joint pretrial order 30 days from the Order's issuance. (ECF No. 121.) Since that Order, the parties have circulated drafts of a joint pretrial order but have not yet finalized a proposed order. In addition to working on a proposed order, the parties have continued discussing a possible resolution of this case by other means. The parties are confident that they will have an adequate joint pretrial order in two weeks.

This is the parties' second stipulation to extend the deadline to file a joint pretrial order but the first request was made clear back in January of this year. The first stipulation was due to a pending ruling on Defendants' motion for reconsideration. (ECF No. 103.) The parties believed that if the Court reconsidered its order, then a joint pretrial order would be premature. The Court granted Defendants motion for reconsideration and gave them leave to refile their summary judgment motions. The parties refiled their motions and then this Court referred this case to Magistrate Judge Peggy A. Leen for a settlement conference. After the settlement conference, this Court issued its order on Defendants' motion for summary judgment and scheduled the current deadline for the joint pretrial order.

/ / /

/ / /

/ / /

/ / /

/ / /

**2.     ACTION REQUIRED TO BE TAKEN BY THE COURT:**

The parties' instant request is that the current deadline for the parties to submit a Joint Pre-Trial Order of October 19, 2018 be extended to November 2, 2018.

DATED this 19th day of October, 2018.

| KAEMPFER CROWELL | YAN KENYON |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: /s/ Jay A. Kenyon<br>JAY A. KENYON<br>Nevada Bar No. 6376<br>7881 West Charleston Blvd., #165<br>Las Vegas, NV 89117<br>**Attorney for Plaintiff** |

**IT IS SO ORDERED.**

**DATED** this __18__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT