LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE and OFFICER SCOTT NIELSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; OFFICER SCOTT NIELSON, P#4408, individually; DETECTIVE PERDUE, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-00337-GMN-PAL<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |

        The above-referenced parties, by and through their counsel of record, hereby request, agree and stipulate to vacate the Settlement Conference currently set in this matter for

February 22, 2019 at 9:30 a.m. [ECF No. 129], as Defendants and their Counsel have a conflict with that date and time.

DATED this 20th day of February, 2019.

| KAEMPFER CROWELL | YAN KENYON |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135 | By: /s/ Jay A. Kenyon<br>JAY A. KENYON<br>Nevada Bar No. 6376<br>7881 West Charleston Blvd., #165<br>Las Vegas, NV 89117 |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED that the current Settlement Conference in this matter set for February 22, 2019 at 9:30 a.m. is vacated.

DATED this 20th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE