| | |
|---|---|
| 1 | LYSSA S. ANDERSON |
| | Nevada Bar No. 5781 |
| 2 | RYAN W. DANIELS |
| | Nevada Bar No. 13094 |
| 3 | KAEMPFER CROWELL |
| | 1980 Festival Plaza Drive, Suite 650 |
| 4 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-7000 |
| 5 | Fax: (702) 796-7181 |
| | landerson@kcnvlaw.com |
| 6 | rdaniels@kcnvlaw.com |

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE and OFFICER SCOTT NIELSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>       Plaintiff,<br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; OFFICER SCOTT NIELSON, P#4408, individually; DETECTIVE PERDUE, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>       Defendants. | Case No. 2:15-cv-00337-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND MOTION IN LIMINE DEADLINE**<br><br>**(2nd Request)** |

The above-referenced parties, by and through their counsel of record, hereby request, agree and stipulate to extend the current deadline to file Motions in Limine from Wednesday, March 13, 2019 to Wednesday March 20, 2019. The basis for this request is that the parties are

currently discussing a possible resolution to this case and would like additional time to do so prior to filing Motions in Limine.

DATED this 12th day of March, 2019.

| KAEMPFER CROWELL | YAN KENYON |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135 | By: /s/ Jay A. Kenyon<br>JAY A. KENYON<br>Nevada Bar No. 6376<br>7881 West Charleston Blvd., #165<br>Las Vegas, NV 89117 |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

## ORDER

IT IS SO ORDERED.

DATED this \_\_13\_\_ day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT