LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE and OFFICER SCOTT NIELSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARVESTER HARRIS,<br><br>  Plaintiff,<br>vs.<br><br>CITY OF HENDERSON; a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUG GILLESPIE, individually; CHIEF PATRICK MOERS, individually; OFFICER SCOTT NIELSON, P#4408, individually; DETECTIVE PERDUE, individually; DOE OFFICERS III-X; and JOHN DOES I-X, inclusive,<br><br>  Defendants. | Case No. 2:15-cv-00337-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, SHERIFF DOUGLAS GILLESPIE and OFFICER SCOTT NIELSON ("LVMPD Defendants"), by and through their counsel, Kaempfer

1  Crowell, and HARVESTER HARRIS ("Plaintiff"), by and through his counsel, Jay A. Kenyon,
2  Esq. that all of Plaintiff's claims against all LVMPD Defendants are hereby dismissed, with
3  prejudice, with each party to bear their own attorney fees and costs.

4  DATED this 2nd day of May, 2019.

KAEMPFER CROWELL                         YAN KENYON


By: /s/ Lyssa S. Anderson                By:   /s/ Jay A. Kenyon
    LYSSA S. ANDERSON                        JAY A. KENYON
    Nevada Bar No. 5781                      Nevada Bar No. 6376
    1980 Festival Plaza Drive, #650          7881 West Charleston Blvd., #165
    Las Vegas, Nevada 89135                  Las Vegas, NV 89117

    *Attorneys for Defendants*               *Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation and Order for Dismissal with Prejudice, (ECF No. 142), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Neilson's Motion in Limine, (ECF No. 133), and Plaintiff's Motion to Enforce Settlement, (ECF No. 138), are **DENIED as moot**.

**DATED** this ___2___ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 250
Las Vegas, Nevada 89113